**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Eastern District of New York

Case number (*If known*): _____ Chapter _11____

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    **04/25**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

**1. Debtor's name**

501 Jersey Avenue LLC

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)

83-2447136

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 285 Madison Avenue | |
| Number        Street | Number        Street |
| 4th Floor | |
| | P.O. Box |
| New York          NY     10017 | |
| City                State     ZIP Code | City                State     ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| New York County | 501 Jersey Avenue |
| County | Number        Street |
| | |
| | New Brunswick     NJ     08901 |
| | City                State     ZIP Code |

**5. Debtor's website** (URL)

_____

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

| Debtor | 501 Jersey Avenue LLC | Case number (*if known*)_____ |
|--------|------------------------|---------------------------------------|
|        | Name                   |                                       |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.naics.com/search/ .

5311

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.  District _____  When _____  Case number _____
                                            MM / DD / YYYY

            District _____  When _____  Case number _____
                                            MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes.  Debtor _____  Relationship _____

            District _____  When _____
                                                              MM  /  DD  / YYYY

            Case number, if known _____

| Debtor | 501 Jersey Avenue LLC | Case number (*if known*)_____ |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

❑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

❑ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

❑ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

❑ It needs to be physically secured or protected from the weather.

❑ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

❑ Other _____

**Where is the property?**_____
　　　　　　　　　　　　Number　　　　Street

_____

_____
City　　　　　　　　　　　　　　　　　　State　　ZIP Code

**Is the property insured?**

❑ No

❑ Yes. Insurance agency _____

　　　　Contact name　　_____

　　　　Phone　　　　　_____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

❑ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ❑ 1,000-5,000 | ❑ 25,001-50,000 |
| ❑ 50-99 | ❑ 5,001-10,000 | ❑ 50,001-100,000 |
| ❑ 100-199 | ❑ 10,001-25,000 | ❑ More than 100,000 |
| ❑ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ❑ $0-$50,000 | ❑ $1,000,001-$10 million | ❑ $500,000,001-$1 billion |
| ❑ $50,001-$100,000 | ❑ $10,000,001-$50 million | ❑ $1,000,000,001-$10 billion |
| ❑ $100,001-$500,000 | ☑ $50,000,001-$100 million | ❑ $10,000,000,001-$50 billion |
| ❑ $500,001-$1 million | ❑ $100,000,001-$500 million | ❑ More than $50 billion |

Debtor    501 Jersey Avenue LLC             Case number (*if known*)_____
         Name

| **16. Estimated liabilities** | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☑ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

---

**Request for Relief, Declaration, and Signatures**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   <u>04/08/2026</u>
            MM / DD / YYYY

✘ <u>/s/ Arvee Nordling</u>           <u>Arvee Nordling</u>
Signature of authorized representative of debtor      Printed name

Title <u>Authorized Signatory</u>

---

**18. Signature of attorney**

✘ <u>/s/ Brett Silverman</u>     Date   <u>04/08/2026</u>
Signature of attorney for debtor          MM / DD / YYYY

<u>Brett Silverman</u>
Printed name
<u>Silverman Law PLLC</u>
Firm name
<u>4 Terry Terrace</u>
Number      Street
<u>Livingston</u>      <u>NJ</u>    <u>07039</u>
City             State     ZIP Code

<u>6467797210</u>        <u>brett@getconciergelaw.com</u>
Contact phone          Email address

<u>256492017</u>         <u>NY</u>
Bar number          State

---

**Fill in this information to identify the case:**

Debtor name _501 Jersey Avenue LLC_____

United States Bankruptcy Court for the: _Eastern District of New York_

(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals                                    **12/15**

### Part 1:    Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
       Copy line 88 from *Schedule A/B* ........................................................................................................................... $ _62,800,000.00_

   1b. **Total personal property:**
       Copy line 91A from *Schedule A/B*........................................................................................................................... $ _330,113.56_

   1c. **Total of all property:**
       Copy line 92 from *Schedule A/B* ........................................................................................................................... $ _63,130,113.56_

### Part 2:    Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ................................................ $ _58,421,819.35_

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 6a of *Schedule E/F*........................................................................................ $ _0.00_

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F*............................................................. **+**$ _6,158,647.94_

4. **Total liabilities**...................................................................................................................................................................... $ _64,580,467.29_
   Lines 2 + 3a + 3b

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td>501 Jersey Avenue LLC</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>Eastern District of New York</td></tr>
<tr><td>Case number (If known):</td><td></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Phoenix Fashion Inc. 1035 South Grand Avenue 2nd Floor Los Angeles, CA, 90015 | | Judgment Liens | Disputed | | | 5,293,539.98 |
| 2 | SBA c/o Transworld Systems Incorporated PO Box 15616 Wilmington, DE, 19850 | | Monies Loaned / Advanced | Disputed | | | 854,205.81 |
| 3 | PTB Lanscaping 8 Hardy Drive Bridgewater, NJ, 08807 | | Services | Disputed | | | 4,509.67 |
| 4 | NJDEP PO Box 420 Mail Code 401-06L Trenton, NJ, 08625 | | | Disputed | | | 3,700.00 |
| 5 | Sugarloaf Associates PO Box 2967 Key West, FL, 33045 | | Services | Disputed | | | 1,000.00 |
| 6 | Ramboll Americas Engineering Solutions, Inc. 333 West Washington Street Syracuse, NY, 13202 | | Services | Disputed | | | 768.61 |
| 7 | JW Poole PO Box 1237 Hightstown, NJ, 08520 | | | Disputed | | | 673.87 |
| 8 | Zipp & Tannebaum 280 Raritan Center Parkway Edison, NJ, 08837 | | | Disputed | | | 250.00 |

Debtor      501 Jersey Avenue LLC
            _____      Case number (*if known*)_____
            Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | | | | | | | |
| 10 | | | | | | | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

**Fill in this information to identify the case:**

Debtor name  501 Jersey Avenue LLC

United States Bankruptcy Court for the:  Eastern District of New York

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.

   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**    $ 0.00

3. **Checking, savings, money market, or financial brokerage accounts**  *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.  Provident Bank | Checking | 3 5 0 4 | $ 73,157.06 |

4. **Other cash equivalents**  *(Identify all)*

   4.1. _____    $ _____

   4.2. _____    $ _____

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   $ 73,157.06

| Part 2: | Deposits and prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.

   ☑ Yes. Fill in the information below.

   Current value of debtor's interest

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1.  Provident Bank - Environmental Escrow    $ 244,118.55

   7.2.  Provident Bank - Permit Escrow    $ 5,500.00

Debtor    501 Jersey Avenue LLC
_____
Name

Case number *(if known)* _____

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1.  Insurance _____    $ 7,337.95

9. **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.

$ 256,956.50

---

| **Part 3:** | **Accounts receivable** |

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

**Current value of debtor's interest**

11. **Accounts receivable**

| 11a. 90 days old or less: | 908,006.82 | - | 908,006.82 | = .......... ➤ | $ 0.00 |
| | face amount | | doubtful or uncollectible accounts | | |
| 11b. Over 90 days old: | 23,992,455.35 | - | 23,992,455.35 | = .......... ➤ | $ 0.00 |
| | face amount | | doubtful or uncollectible accounts | | |

12. **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

$ 0.00

---

| **Part 4:** | **Investments** |

13. **Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | **Valuation method used for current value** | **Current value of debtor's interest** |

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. _____    _____    $ _____

14.2. _____    _____    $ _____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                                    % of ownership:

15.1. _____    _____%    _____    $ _____

15.2. _____    _____%    _____    $ _____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1. _____    _____    $ _____

16.2. _____    _____    $ _____

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.

$ 0.00

---

| **Part 5:** | **Inventory, excluding agriculture assets** |

Debtor ___501 Jersey Avenue LLC___  Case number *(if known)* _____
          Name

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

19. **Raw materials**

| | | | | |
|---|---|---|---|---|
| _____ MM / DD / YYYY | | $ _____ | _____ | $ _____ |

20. **Work in progress**

| | | | | |
|---|---|---|---|---|
| _____ MM / DD / YYYY | | $ _____ | _____ | $ _____ |

21. **Finished goods, including goods held for resale**

| | | | | |
|---|---|---|---|---|
| _____ MM / DD / YYYY | | $ _____ | _____ | $ _____ |

22. **Other inventory or supplies**

| | | | | |
|---|---|---|---|---|
| _____ MM / DD / YYYY | | $ _____ | _____ | $ _____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$ 0.00

24. **Is any of the property listed in Part 5 perishable?**

☐ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes.  Book value _____ Valuation method _____ Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

28. **Crops—either planted or harvested**

| | | | |
|---|---|---|---|
| _____ | $ _____ | _____ | $ _____ |

29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish

| | | | |
|---|---|---|---|
| _____ | $ _____ | _____ | $ _____ |

30. **Farm machinery and equipment** (Other than titled motor vehicles)

| | | | |
|---|---|---|---|
| _____ | $ _____ | _____ | $ _____ |

31. **Farm and fishing supplies, chemicals, and feed**

| | | | |
|---|---|---|---|
| _____ | $ _____ | _____ | $ _____ |

32. **Other farming and fishing-related property not already listed in Part 6**

| | | | |
|---|---|---|---|
| _____ | $ _____ | _____ | $ _____ |

Debtor    501 Jersey Avenue LLC
    Name                                                                    Case number *(if known)*

33. **Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.

$ 0.00

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes.  Book value _____    Valuation method _____    Current value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | $ _____ | _____ | $ _____ |
| 40. **Office fixtures** | $ _____ | _____ | $ _____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | $ _____ | _____ | $ _____ |

42.   **Collectibles**  *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

| 42.1. _____ | $ _____ | _____ | $ _____ |
|---|---|---|---|
| 42.2. _____ | $ _____ | _____ | $ _____ |
| 42.3. _____ | $ _____ | _____ | $ _____ |

43. **Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.

$ 0.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

Debtor    501 Jersey Avenue LLC
_____
Name

Case number *(if known)* _____

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. _____ | $ _____ | _____ | $ _____ |
| 47.2. _____ | $ _____ | _____ | $ _____ |
| 47.3. _____ | $ _____ | _____ | $ _____ |
| 47.4. _____ | $ _____ | _____ | $ _____ |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1. _____ | $ _____ | _____ | $ _____ |
| 48.2. _____ | $ _____ | _____ | $ _____ |
| **49. Aircraft and accessories** | | | |
| 49.1. _____ | $ _____ | _____ | $ _____ |
| 49.2. _____ | $ _____ | _____ | $ _____ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| 50.1. _____ | $ _____ | _____ | $ _____ |

**51. Total of Part 8**

Add lines 47 through 50. Copy the total to line 87.

$ 0.00

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

**Part 9:    Real property**

---

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1  501 Jersey Avenue, New Brunswick | Fee | $ 25,216,210.90 | **Appraisal** | $ 62,800,000.00 |

**56. Total of Part 9**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ 0.00

Debtor    501 Jersey Avenue LLC
_____
          Name

Case number *(if known)* _____

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

**Part 10:    Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | $ | | $ |
| **61. Internet domain names and websites** | $ | | $ |
| **62. Licenses, franchises, and royalties** | $ | | $ |
| **63. Customer lists, mailing lists, or other compilations** | $ | | $ |
| **64. Other intangibles, or intellectual property** | $ | | $ |
| **65. Goodwill** | $ | | $ |

**66. Total of Part 10**

Add lines 60 through 65. Copy the total to line 89.

$ 0.00

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☐ No

☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☐ No

☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☐ No

☐ Yes

---

**Part 11:    All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form

☑ No. Go to Part 12.

☐ Yes. Fill in the information below.

**Current value of debtor's interest**

Debtor  501 Jersey Avenue LLC
        Name

Case number *(if known)* _____

71. **Notes receivable**

Description (include name of obligor)

_____  _____ - _____ = ➤ $ _____

Total face amount        doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____  Tax year _____  $ _____

_____  Tax year _____  $ _____

_____  Tax year _____  $ _____

73. **Interests in insurance policies or annuities**

_____  $ _____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____  $ _____

Nature of claim  _____

Amount requested  $ _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____  $ _____

Nature of claim  _____

Amount requested  $ _____

76. **Trusts, equitable or future interests in property**

_____  $ _____

77. **Other property of any kind not already listed** *Examples:* Season tickets, ncountry club membership

_____  $ _____

78. **Total of Part 11**

Add lines 71 through 77. Copy the total to line 90

$ 0.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 12:  Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 73,157.06 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 256,956.50 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 0.00 | |

Debtor    501 Jersey Avenue LLC
_____
Name

Case number *(if known)* _____

87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.*    $ 0.00

88. **Real property.** *Copy line 56, Part 9.* ..................................................................................... ➤    $ 0.00

89. **Intangibles and intellectual property.** *Copy line 66, Part 10.*    $ 0.00

90. **All other assets.** *Copy line 78, Part 11.*    **+** $ 0.00

91. **Total.** *Add lines 80 through 90 for each column. .......................91a.*    $ 330,113.56    **+** 91b. $ 0.00

92. Total of all property on Schedule A/B. *Lines 91a + 91b = 92.*    330,113.56    $ 330,113.56

**Fill in this information to identify the case:**

Debtor name   501 Jersey Avenue LLC

United States Bankruptcy Court for the:   Eastern District of New York

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

---

**Part 1:**      **List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.**  If a creditor has more than one secured claim, list the creditor separately for each claim.

| | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|---|

**2.1**

**Creditor's name**
ATCF II New Jersey, LLC

**Creditor's mailing address**
PO Box 69239
Baltimore, MD 21264

**Creditor's email address, if known**
_____

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

  ☑ No. Specify each creditor, including this creditor, and its relative priority.

  > ATCF II New Jersey, LLC, 1st, White Oak ABL 3, LLC, 2nd, White Oak Commercial Finance, LLC, 3rd, Davidson 2005, LLC, 4th

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

> 501 Jersey Avenue, New Brunswick

**Describe the lien**
Statutory

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

$ 1,266,200.00      $ 62,800,000.00

---

Debtor    501 Jersey Avenue LLC                                        Case number*(if known)*
           Name

| | | |
|---|---|---|

**2.2** | **Creditor's name** | **Describe debtor's property that is subject to a lien** |
Davidson 2005, LLC

$ 15,002,876.22    $ 62,800,000.00

501 Jersey Avenue, New Brunswick

**Creditor's mailing address**
285 Madison Avenue
4th Floor, New York, NY 10017

**Describe the lien**
Agreement you made

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☐ No
☑ Yes

**Date debt was incurred**
**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ No
☑ Yes. Have you already specified the relative priority?

☐ Contingent
☐ Unliquidated
☑ Disputed

☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. The relative priority of creditors is specified on lines
2.1

---

**2.3** | **Creditor's name** | **Describe debtor's property that is subject to a lien** |
White Oak ABL 3, LLC

$ 22,506,727.10    $ 62,800,000.00

501 Jersey Avenue, New Brunswick

**Creditor's mailing address**
c/o Thompson Coburn LLP Attn John Amato Esq.
488 Madison Avenue, New York, NY 10022

**Describe the lien**
Agreement you made

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**
**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ No
☑ Yes. Have you already specified the relative priority?

☐ Contingent
☐ Unliquidated
☑ Disputed

☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. The relative priority of creditors is specified on lines
2.1

Debtor    501 Jersey Avenue LLC
_____
Name

Case number *(if known)*
_____

| 2.4 | **Creditor's name** | **Describe debtor's property that is subject to a lien** | | $ 19,646,016.03 | $ 62,800,000.00 |

**Creditor's name**
White Oak Commercial Finance, LLC

**Creditor's mailing address**
c/o Thompson Coburn LLP Attn John Amato Esq.

488 Madison Avenue, New York, NY 10022

**Creditor's email address, if known**
_____

**Date debt was incurred** _____

**Last 4 digits of** _____
**account number**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  ☑ Yes. The relative priority of creditors is specified on lines
     2.1

**Describe debtor's property that is subject to a lien**

501 Jersey Avenue, New Brunswick

**Describe the lien**
Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

$ 19,646,016.03          $ 62,800,000.00

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$ 58,421,819.35

**Fill in this information to identify the case:**

Debtor name   501 Jersey Avenue LLC

United States Bankruptcy Court for the:   Eastern District of New York

Case number (if known): _____

☐ Check if this is an
amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?**  (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.**  If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2

| | | **Amount of claim** |
|---|---|---|

3.1

**Nonpriority creditor's name and mailing address**
JW Poole
PO Box 1237
Hightstown, NJ 08520

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 673.87

3.2

**Nonpriority creditor's name and mailing address**
NJDEP
PO Box 420 Mail Code 401-06L
Trenton, NJ 08625

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 3,700.00

Debtor ___501 Jersey Avenue LLC_____    Case number*(if known)* _____
                Name

| 3.3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ 5,293,539.98 |
|---|---|---|---|

Phoenix Fashion Inc.

1035 South Grand Avenue 2nd Floor

Los Angeles, CA 90015

*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Date or dates debt was incurred**

**Basis for the claim:** Judgment Liens

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**

---

| 3.4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ 4,509.67 |
|---|---|---|---|

PTB Lanscaping

8 Hardy Drive

Bridgewater, NJ 08807

*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Date or dates debt was incurred**

**Basis for the claim:** Services

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**

---

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ 768.61 |
|---|---|---|---|

Ramboll Americas Engineering
Solutions, Inc.

333 West Washington Street

Syracuse, NY 13202

*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Basis for the claim:** Services

**Date or dates debt was incurred**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**

---

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ 854,205.81 |
|---|---|---|---|

SBA

c/o Transworld Systems Incorporated
PO Box 15616

Wilmington, DE 19850

*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Basis for the claim:** Monies Loaned / Advanced

**Date or dates debt was incurred**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**

---

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ 1,000.00 |
|---|---|---|---|

Sugarloaf Associates

PO Box 2967

Key West, FL 33045

*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Date or dates debt was incurred**

**Basis for the claim:** Services

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**

Debtor    501 Jersey Avenue LLC
_____
Name

Case number *(if known)* _____

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ 250.00 |
|---|---|---|---|

Zipp & Tannebaum

280 Raritan Center Parkway

Edison, NJ 08837

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date or dates debt was incurred** _____

**Basis for the claim:** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**Part 3:**    **Additional Page for Others to Be Notified About Unsecured Claims**

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 _____ <br> _____ <br> _____ | **Line** _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |

---

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. **Add the amounts of priority and nonpriority unsecured claims.**

|  | **Total of claim amounts** |
|---|---|
| 5a.  **Total claims from Part 1** | 5a.  $ 0.00 |
| 5b.  **Total claims from Part 2** | 5b.  $ 6,158,647.94 |
| 5c.  **Total of Parts 1 and 2**  Lines 5a + 5b = 5c. | 5c.  $ 6,158,647.94 |

Official Form 206E/F    **Schedule E/F: Creditors Who Have Claims Secured by Property**    page 3 of 3

**Fill in this information to identify the case:**

Debtor name   501 Jersey Avenue LLC

United States Bankruptcy Court for the:   Eastern District of New York

Case number (if known): _____      Chapter    11

☐ Check if this is an amended filing

## Official Form 206G
# Schedule G: Executory Contracts and Unexpired Leases   **12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** **State what the contract or lease is for and the nature of the debtor's interest**    Commercial Lease, Lessor | S3 Holdings LLC and Fame Fashion LLC<br>Name<br>501 Jersey Avenue<br>Street<br>New Brunswick     NJ   08901<br>City            State   Zip |
| **State the term remaining** | |
| **List the contract number of any government contract** | |

**Fill in this information to identify the case:**

Debtor name   501 Jersey Avenue LLC

United States Bankruptcy Court for the:   Eastern District of New York

Case number (if known):

☐ Check if this is an amended filing

## Official Form 206H
# Schedule H: Codebtors
**12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**

   ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |

**Fill in this information to identify the case:**

Debtor name ___501 Jersey Avenue LLC___

United States Bankruptcy Court for the: Eastern District of New York

Case number (If known): _____

❑ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

| Part 1: | Income |
|---|---|

1. **Gross revenue from business**

❑ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2026<br>MM / DD / YYYY | to | Filing date | ☑ Operating a business<br>❑ Other | $ 418,646.60 |
| **For prior year:** | From 01/01/2025<br>MM / DD / YYYY | to | 12/31/2025<br>MM / DD / YYYY | ☑ Operating a business<br>❑ Other | $ 2,041,167.71 |
| **For the year before that:** | From 01/01/2024<br>MM / DD / YYYY | to | 12/31/2024<br>MM / DD / YYYY | ☑ Operating a business<br>❑ Other | $ 1,982,900.59 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From _____<br>MM / DD / YYYY | to | Filing date | _____ | $_____ |
| **For prior year:** | From _____<br>MM / DD / YYYY | to | _____<br>MM / DD / YYYY | _____ | $_____ |
| **For the year before that:** | From _____<br>MM / DD / YYYY | to | _____<br>MM / DD / YYYY | _____ | $_____ |

Debtor    501 Jersey Avenue LLC                                    Case number (*if known*)_____
                Name

---

## Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

**3. Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

❑ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. PSEG<br>Creditor's name<br>PO Box 14444<br>New Brunswick, NJ 08906 | | $ 40,924.13 | ❑ Secured debt<br>❑ Unsecured loan repayments<br>❑ Suppliers or vendors<br>❑ Services<br>☑ Other _____ |
| 3.2. PTB Lanscaping<br>Creditor's name<br>8 Hardy Drive<br>Bridgewater, NJ 08807 | | $ 19,561.06 | ❑ Secured debt<br>❑ Unsecured loan repayments<br>❑ Suppliers or vendors<br>❑ Services<br>☑ Other _____ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

❑ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. Davidson 2005, LLC<br>Insider's name<br>285 Madison Avenue<br>4th Floor<br>New York, NY 10017 | _____<br><br>_____<br><br>_____ | $ 242,241.49 | Payment of Property Insurance |
| **Relationship to debtor**<br>Affiliate | | | |
| 4.2. Brook Warehousing<br>Insider's name<br>18 Vanveghten Drive<br>Bridgewater, NJ 08807 | _____<br><br>_____<br><br>_____ | $ 8,656.31 | maintenance and expenses |
| **Relationship to debtor**<br>affiliate | | | |

---

Official Form 207    **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**    page **2**

| Debtor | 501 Jersey Avenue LLC | Case number (*if known*)_____ |
|---|---|---|
| | Name | |

---

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | _____<br>Creditor's name | | _____ | $_____ |
| 5.2. | _____<br>Creditor's name | | _____ | $_____ |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| _____<br>Creditor's name | | _____ | $_____ |

Last 4 digits of account number: XXXX– _____

---

## Part 3:    Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | White Oak ABL 3, LLC, as successor-in-interest to Lakeland Bank v. 501 Jersey Avenue LLC et al | Domestication of Foreign Judgment | Supreme Court NY - Kings | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number**<br>504214/2025<br>_____ | | | |
| 7.2. | **Case title**<br>White Oak Abl 3 Llc Vs 501 Jersey Avenue LLC et al. | | **Court or agency's name and address**<br>Superior Court NJ - Law Division - Middlesex | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number**<br>MID - L - 2275-24<br>_____ | Action on Negotiable Instrument | | |

---

Official Form 207    **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**    page **3**

Debtor    501 Jersey Avenue LLC
_____    Case number (*if known*)_____
          Name

---

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| _____ Custodian's name | _____ | $_____ |
| | **Case title** | **Court name and address** |
| | _____ | _____ Name |
| | **Case number** | |
| | _____ | |
| | **Date of order or assignment** | |
| | _____ | |

---

## Part 4:    Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. _____ Recipient's name | | _____ | $_____ |
| | | _____ | $_____ |
| **Recipient's relationship to debtor** _____ | | | |
| 9.2. _____ Recipient's name | | _____ | $_____ |
| | | _____ | $_____ |
| **Recipient's relationship to debtor** _____ | | | |

---

## Part 5:    Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| | _____ | _____ | $_____ |

---

Debtor  501 Jersey Avenue LLC _____    Case number (*if known*)_____
Name

## Part 6: Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Silverman Law PLLC | | _____ | $ 20,000.00 |
| | **Address** 4 Terry Terrace Livingston, NJ 07039 | | | |
| | **Email or website address** _____ | | | |
| | **Who made the payment, if not debtor?** _____ | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | _____ | | _____ | $_____ |
| | **Address** | | | |
| | **Email or website address** _____ | | | |
| | **Who made the payment, if not debtor?** _____ | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| _____ | | _____ | $_____ |
| **Trustee** _____ | | | |

Debtor       501 Jersey Avenue LLC
_____                 Case number (*if known*)_____
             Name

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.1. _____ **Address** | | _____ | $_____ |
| **Relationship to debtor** _____ | | | |
| **Who received transfer?** 13.2. _____ **Address** | | _____ | $_____ |
| **Relationship to debtor** _____ | | | |

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy |
|---|---|
| 14.1. | From _____ To _____ |
| 14.2. | From _____ To _____ |

Debtor    501 Jersey Avenue LLC
_____    Case number (*if known*)_____
          Name

---

## Part 8:    Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

❑ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____<br>Facility name | | _____ |
| | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| | | *Check all that apply:*<br>❑ Electronically<br>❑ Paper |
| **Facility name and address** | **Nature of the business operation, including type of services the debtor provides** | **If debtor provides meals and housing, number of patients in debtor's care** |
| 15.2. _____<br>Facility name | | _____ |
| | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| | | *Check all that apply:*<br>❑ Electronically<br>❑ Paper |

---

## Part 9:    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

❑ Yes. State the nature of the information collected and retained. _____

    Does the debtor have a privacy policy about that information?

    ❑ No
    ❑ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

    Yes. Does the debtor serve as plan administrator?

    ❑ No. Go to Part 10.
    ❑ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _____ |

        Has the plan been terminated?

        ❑ No
        ❑ Yes

---

Debtor ___501 Jersey Avenue LLC_____     Case number (*if known*)_____
       Name

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1. _____<br>Name | XXXX–_____ | ❑ Checking<br>❑ Savings<br>❑ Money market<br>❑ Brokerage<br>❑ Other_____ | _____ | $_____ |
| 18.2. _____<br>Name | XXXX–_____ | ❑ Checking<br>❑ Savings<br>❑ Money market<br>❑ Brokerage<br>❑ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br><br><br>**Address** | | | ❑ No<br>❑ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br><br><br>**Address** | | | ❑ No<br>❑ Yes |

Debtor   501 Jersey Avenue LLC
         _____   Case number (*if known*)_____
         Name

## Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| _____<br>Name | | | $_____ |

## Part 12:   Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____<br>**Case number**<br>_____ | _____<br>Name | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____<br>Name | _____<br>Name | | _____ |

Debtor      501 Jersey Avenue LLC
_____          Case number (*if known*)_____
            Name

---

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

❑ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____<br>Name | _____<br>Name | | _____ |

---

## Part 13:  Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | _____<br>Name | | EIN: _____<br>**Dates business existed**<br><br>From _____   To _____ |
| 25.2. | Business name and address<br><br>_____<br>Name | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br>EIN: _____<br>Dates business existed<br><br>From _____   To _____ |
| 25.3. | Business name and address<br><br>_____<br>Name | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br>EIN: _____<br>**Dates business existed**<br><br>From _____   To _____ |

---

Debtor     501 Jersey Avenue LLC                  Case number (*if known*)_____
           Name

---

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26a.1. _____<br>Name | From _____<br><br>To _____ |

| Name and address | Dates of service |
|---|---|
| 26a.2. _____<br>Name | From _____<br><br>To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26b.1. _____<br>Name | From _____<br><br>To _____ |

| Name and address | Dates of service |
|---|---|
| 26b.2. _____<br>Name | From _____<br><br>To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. _____<br>Name | |

---

Debtor    501 Jersey Avenue LLC
_____    Case number (*if known*)_____
Name

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2. _____<br>Name | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|
| 26d.1. _____<br>Name |

| Name and address |
|---|
| 26d.2. _____<br>Name |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

❑ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1. _____<br>Name |

Debtor _____501 Jersey Avenue LLC_____    Case number (*if known*)_____
                    Name

| Name of the person who supervised the taking of the inventory | | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| _____ | | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|

27.2.  _____
         Name

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Joseph Saadia | 2206 Avenue T, Brooklyn, NY 11229 | Sole Member | 100 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No

❑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
❑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1.  _____<br>Name | _____ | _____ | |
| | | _____ | |
| | | _____ | |
| **Relationship to debtor**<br>_____ | | _____ | |

Official Form 207     **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**     page **13**

Debtor _____501 Jersey Avenue LLC_____    Case number (*if known*)_____
          Name

| | |
|---|---|
| **Name and address of recipient** | _____  _____ |
| 30.2  _____  | |
| Name | _____ |
| | _____ |
| | _____ |
| **Relationship to debtor** | _____ |
| _____ | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**
☑ No
❑ Yes. Identify below.

| **Name of the parent corporation** | **Employer Identification number of the parent corporation** |
|---|---|
| _____ | EIN: _____ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**
☑ No
❑ Yes. Identify below.

| **Name of the pension fund** | **Employer Identification number of the pension fund** |
|---|---|
| _____ | EIN: _____ |

---

**Part 14:    Signature and Declaration**

---

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   _04/08/2026____
                MM  /  DD  / YYYY

✖ /s/ Arvee Nordling_____    Printed name _Arvee Nordling_____
Signature of individual signing on behalf of the debtor

Position or relationship to debtor _Authorized Signatory_____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
❑ No
☑ Yes

---

Debtor Name    501 Jersey Avenue LLC _____    Case number (*if known*)_____

## <u>Continuation Sheet for Official Form 207</u>

**7) Legal Actions**

**White Oak Abl 3 Llc Vs 501 Jersey Avenue LLC et al.**

**SWC - F - 3753-24**

**Foreclosure**

**Superior Court NJ - Foreclsoure - Middlesex**

**Pending**

**-------**

**WHITE OAK COMMERCIAL FINANCE, LLC v. NY AND CO ECOMM LLC et al**

**650682/2024**

**Breach of Contract**

**Supreme Court NY - New York**

**Pending**

**-------**

**Finderne Property Owner LLC v. Brook Warehousing Corp., et. Al.**

**SOM - L - 940-24**

**Breach of Contract**

**Superior Court NJ - Somerset**

**Pending**

**-------**

**Phoenix Fashion, Inc. v. Saadia Group LLC et al**

**23-cv5788 (LJL)**

**Default Judgment**

**USDC - SDNY**

**Concluded**

**-------**

**Fill in this information to identify the case and this filing:**

Debtor Name ___501 Jersey Avenue LLC_____

United States Bankruptcy Court for the: __Eastern District of New York_____

Case number (*If known*):    _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    **12/15**

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __04/08/2026__              ✖ /s/ Arvee Nordling_____

        MM / DD / YYYY                    Signature of individual signing on behalf of debtor

                                   Arvee Nordling_____

                                   Printed name

                                   Authorized Signatory
                                   Position or relationship to debtor

United States Bankruptcy Court

Eastern District of New York

In re:  501 Jersey Avenue LLC

Case No.

Chapter    11

Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:  04/08/2026

/s/ Arvee Nordling

Signature of Individual signing on behalf of debtor

Authorized Signatory

Position or relationship to debtor

ATCF II New Jersey, LLC
PO Box 69239
Baltimore, MD 21264

Davidson 2005, LLC
285 Madison Avenue
4th Floor
New York, NY 10017

Finderne Property Owner LLC
1420 U.S. Highway 206
Suite 200
Bedminster, NJ 07921

JW Poole
PO Box 1237
Hightstown, NJ 08520

NJDEP
PO Box 420
Mail Code 401-06L
Trenton, NJ 08625

Phoenix Fashion Inc.
1035 South Grand Avenue
2nd Floor
Los Angeles, CA 90015

Phonenix Fashion, Inc.

PTB Lanscaping
8 Hardy Drive
Bridgewater, NJ 08807

Ramboll Americas Engineering Solutions, Inc.
333 West Washington Street
Syracuse, NY 13202

S3 Holdings LLC and Fame Fashion LLC
501 Jersey Avenue
New Brunswick, NJ 08901

SBA
c/o Transworld Systems Incorporated
PO Box 15616
Wilmington, DE 19850

Sugarloaf Associates
PO Box 2967
Key West, FL 33045

White Oak ABL 3, LLC
c/o Thompson Coburn LLP Attn John Amato
488 Madison Avenue
New York, NY 10022

White Oak Commercial Finance, LLC
c/o Thompson Coburn LLP Attn John Amato
488 Madison Avenue
New York, NY 10022

Zipp & Tannebaum
280 Raritan Center Parkway
Edison, NJ 08837

B2030 (Form 2030) (12/25)

# United States Bankruptcy Court

Eastern _____ District Of _____ New York

**In re**

501 Jersey Avenue LLC

Case No. _____

Chapter          11

**Debtor**

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   $ 20,000.00
    Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . . . .   $ 20,000.00
    Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   $ 0.00

2.  The source of the compensation paid to me was:

    ☑ Debtor          ☐ Other (specify)

3.  The source of compensation to be paid to me is:

    ☑ Debtor          ☐ Other (specify)

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    e.  preparing and filing of the petition, attendance at Section 341 meeting, and communications with trustee or its counsel

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

    Litigation or post filing motion practice, shall be done under separate retainer

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

04/08/2026                                      /s/ Brett Silverman
_____              _____
Date                                                *Signature of Attorney*

                                                       Silverman Law PLLC
                                                _____
                                                       *Name of law firm*

---

**United States Bankruptcy Court**

**IN RE:**                                                        Case No._____

501 Jersey Avenue LLC
_____ Chapter ___11_____

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| Joseph Saadia 2206 Avenue T, Brooklyn, NY 11229 | 100 | Common stockholder |

# WRITTEN CONSENT OF THE
## <u>SOLE MEMBER OF 501 JERSEY AVENUE LLC</u>

The undersigned Joseph Saadia ("**Saadia**") being the Sole Member of 501 Jersey Avenue LLC, a New Jersey limited liability company (the "**Company**"), hereby resolves as follows:

**WHEREAS**, Saadia is the sole member of the Company;

**WHEREAS**, Saadia has considered the financial and operational aspects of the Company;

**WHEREAS**, Saadia has reviewed the available books and records of the Company, including the historical performance, the markets for the Company's products and services, and the liabilities of the Company, and has shared this information with the Company's financial and legal professionals;

**NOW, THEREFORE, BE IT RESOLVED**: That in judgment of Saadia, it is desirable and in the best interests of the Company, and its creditors, stockholders and other interested parties, that a voluntary petition be filed by the Company seeking relief under the provisions of chapter 11, title 11, United States Code (the "**Bankruptcy Code**"); and it is further

**RESOLVED**, that the law firm of Silverman Law PLLC shall be employed as general bankruptcy counsel for the Company in the Company's chapter 11 case, subject to court approval; and it is further

**RESOLVED**, that Arvee Nordling ("**Arvee**") be, and hereby is, appointed as an authroized signatory for the Company, who is fully authorized and directed on behalf of the Company to execute and verify or certify a petition to commence a case under chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the Eastern District of New York at such time as the officer executing the same on behalf of the Company shall determine; and it is further

**RESOLVED**, that Arvee be, and hereby is, authorized and directed on behalf of the Company to execute and file all petitions, schedules, motions, lists, applications, pleadings, and other papers in the chapter 11 case of the Company and, in connection therewith, to employ and retain additional legal counsel, accountants and other professionals to take any and all actions which are deemed necessary, proper, or desirable in connection with such chapter 11 case, with a view to the successful prosecution of such case; and it is further

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

1

2771761v1 / 069339.1 / HTRUST

2

**RESOLVED**, that any and all past actions heretofore taken by Arvee, and all other documentation heretofore delivered by Arvee or other officers of the Company in furtherance of the preceding resolutions be, and such actions hereby are, authorized, approved and ratified in all respects.

**IN WITNESS WHEREOF**, the undersigned has signed this Resolution as of the 1st day of April, 2026.


By: _____
Name: Joseph Saadia
Title:   Sole Member

2

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:

                                                     Case No. 26-_____ (____)

501 JERSEY AVENUE LLC,                     Chapter 11

                       Debtor.
-------------------------------------------------------------x

### DECLARATION OF ARVEE NORDLING PURSUANT TO RULE 1073-3
### OF LOCAL BANKRUPTCY RULES FOR EASTERN DISTRICT OF NEW YORK

I, Arvee Nordling, make this declaration pursuant to 28 U.S.C. § 1746:

1.      I am an authorized representative of 501 Jersey Avenue LLC, the above-captioned debtor and debtor-in-possession (the "**Debtor**").

2.      Except as otherwise indicated herein, the facts set forth in this declaration are based upon my personal knowledge, my review of relevant documents and information provided to me by the owners of Debtor or advisors and proposed counsel to Debtor, or my opinion based upon my experience, knowledge, and information concerning Debtor's operations. If called upon to testify, I would testify competently to the facts set forth in this Declaration.

3.      This Declaration is submitted pursuant to the Court's Local Bankruptcy Rule 1073-3.

4.      I am authorized to submit this Declaration on behalf of Debtor.

5.      Joseph Saadia is the sole member of the Debtor and there is no entity that owns any percentage interests of the Debtor.

*[Remainder of the page intentionally left blank]*

2

6.       I hereby declare that the foregoing statements made by me are true to the best of my knowledge, information and belief. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: April 8, 2026

_____
Arvee Nordling, Authorized Signatory

2

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:

                                         Case No. 26-_____ (___)

501 JERSEY AVENUE LLC,               Chapter 11

                  Debtor.
-------------------------------------------------------------x

### DECLARATION OF ARVEE NORDLING PURSUANT TO RULE 1073-2(b) OF LOCAL BANKRUPTCY RULES FOR EASTERN DISTRICT OF NEW YORK

I, Arvee Nordling, make this declaration pursuant to 28 U.S.C. § 1746:

1.      I am an authorized representative of 501 Jersey Avenue LLC, the above-captioned debtor and debtor-in-possession (the "**Debtor**").

2.      Except as otherwise indicated herein, the facts set forth in this declaration are based upon my personal knowledge, my review of relevant documents and information provided to me by the owners of Debtor or advisors and proposed counsel to Debtor, or my opinion based upon my experience, knowledge, and information concerning Debtor's operations. If called upon to testify, I would testify competently to the facts set forth in this Declaration.

3.      This Declaration is submitted pursuant to the Court's Local Bankruptcy Rule 1073-2(b).

4.      I am authorized to submit this Declaration on behalf of Debtor.

5.      An affiliate of the Debtor, 5200 KH LLC, is a debtor in a bankruptcy case currently pending in this Court before the honorable Mazer-Marino, as Case No. 26-40998 (JMM).  Due to common ownership by Joseph Saadia which satisfies the definition of "Affiliate" in 11 U.S.C. §101 (2).  Despite being affiliated, there are no common assets, including real estate, which is shared by the Debtor and 5200 KH LLC.

2

6.      I hereby declare that the foregoing statements made by me are true to the best of my knowledge, information and belief. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated:  April 8, 2026

Arvee Nordling, Authorized Signatory

2

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re:

                                 Case No. 26-_____ (___)

501 JERSEY AVENUE LLC,             Chapter 11

                 Debtor.
---------------------------------------------------------------x

### DECLARATION OF ARVEE NORDLING PURSUANT TO BANKRUPTCY RULE 1007 AND LOCAL BANKRUPTCY RULE 1007-4

I, Arvee Nordling, being of full age, hereby declare pursuant to 28 U.S.C. § 1746 under penalty of perjury as follows:

1. I am an authorized representative of 501 Jersey Avenue LLC, the above-captioned debtor and debtor-in-possession (the "**Debtor**"), which filed its voluntary petition for relief (the "**Petition**") under chapter 11 of Title 11, United States Code (the "**Bankruptcy Code**") commencing this chapter 11 case (the "**Bankruptcy Case**").

2. I am authorized to submit this declaration ("**Declaration**") on behalf of the Debtor. This Declaration is made pursuant to Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") in support of the Petition and under Local Bankruptcy Rule 1007-4 (see Exhibit A hereto).

3. Except as otherwise indicated, all statements set forth in this Declaration are based upon: (a) my personal knowledge; (b) information supplied to me by the Debtor's professionals, which I believe in good faith to be reliable; (c) my review of relevant documents; or (d) my opinion based upon my experience and knowledge of the Debtor's operations and financial condition.

4. I submit this declaration to assist the Court and other parties in interest with understanding Debtor's corporate history and its business operations. If called upon to testify, I could and would testify to the facts set forth in this Declaration.

5.     Attached hereto as **Exhibit A** are schedules which correspond with the relevant provisions of Local Bankruptcy Rule 1007-4.

<u>**The Debtor and Its Business**</u>

6.     The Debtor maintains its offices at 285 Madison Avenue, 4th Floor, New York, New York 10017.

7.     In or about March 2020, the Debtor purchased the real property located at 501 Jersey Avenue, New Brunswick, New Jersey 08901 (the "**Property**").

8.     The Debtor's sole asset is the Property, and the Debtor's operations consists of managing the Property.

9.     The Debtor is a landlord to Fame Fashion LLC and S3 Holding LLC, who occupy the Property pursuant to a lease dated October 1, 2022.  The Tenants pay $66,666.67 per month in rent.

<u>**Events Leading to Bankruptcy**</u>

10.     As part of the purchase of the Property, the Debtor took a $20 million loan (the "<u>Senior Loan</u>") with Provident Bank who was subsequently merged with Lakeland Bank (collectively, the "<u>Original Lender</u>").

11.     In addition to the Senior Loan, the Debtor was a party to a Forbearance Agreement, whereby the Debtor agreed to a limited guaranty of debt owed to White  Oak  Commercial Finance,  LLC ("<u>WOCF</u>") by an affiliate of the Debtor (the "<u>Guaranty</u>").  Specifically, under the terms of the Guaranty, WOCF was granted a lien against the Property for $15 million plus certain expenses, fees and costs, which as of the Petition Date is alleged to be in excess of $19 million.

12.     On December 18, 2024, Lakeland Bank obtained a Consent Final Judgment in the Superior Court of New Jersey against, among others, the Debtor, in the amount of $21,414,292.05, plus post judgment interest.

13.     After entry of the Consent Final Judgment, White Oak ABL 3, LLC ("WO ABL" and, together with WOCF, "White Oak") purchased and was assigned all of Lakeland Bank's rights, title, and interests under the promissory note and related loan documents. Through that acquisition, WO ABL stepped into Lakeland's senior position as the judgment creditor on the $20 million facility.

14.     White Oak noticed a foreclosure sale which was scheduled for April 8, 2026, and in an effort to stop the sale and allow the Debtor the time to refinance or sell the Property, on April 8, 2026 (the "Petition Date"), the Debtor filed the Petition with this Court for relief under chapter 11 of the Bankruptcy Code as a single asset real estate debtor.

15.     The Debtor is managing its affairs and operating its business as a debtor and debtor-in-possession pursuant and subject to the requirements of Bankruptcy Code §§ 1107 and 1108. The Debtor intends to file a sale motion and a plan of liquidation very shortly after the commencement of the case.

**Goals of the Bankruptcy**

16.     The Debtor's goal with this Bankruptcy Case are to get all of its debt paid through plan of reorganization with the center piece being (i) a refinance of the secured debt, or, alternatively, (ii) through a marketed sale of the Property to achieve the highest and best value.

**First Day Pleadings**

17.     Shortly after the petition is filed, the Debtor will be filing, among other things, a motion seeking authority to continue to use cash collateral and a utilities motion (collectively, the

3

"**First Day Pleadings**"), together with an order scheduling a hearing on shortened notice for the First Day Pleadings.

18.    In connection with the cash collateral motion, the Debtor seeks to use White Oak's cash collateral in order to continue to operate the Property as it had been doing prior to bankrutpcy and in a manner that will maintain its current value.  Attached to the cash collateral motion will be a budget itemizing the amounts the Debtor needs in order to maintain its current operations, as well as, maintaining a reserve for professional fees and for unforeseen expenditures – with the balance being paid to White Oak as adequate protection until the property can be sold or refinanced.

19.    In connection with the utilities motion, the Debtor will be seeking the entry of an order, which among other relief, provides for (i) an adequate protection deposit to be established by the Debtor to ensure that the utility companies are paid post-petition, and (ii) restrains the utility companies from terminating and/or discontinuing services to the Debtor during this Bnakruptcy Case without notice to all parties in interest.

20.    For all the reasons described herein and in the First Day Pleadings, I respectfully request that the Court grant the relief requested in each of the First Day Pleadings.

Dated: April 8, 2026

_____
Arvee Nordling, Authorized Signatory

4

**Exhibit A**
**Schedules to 1007-4 Declaration**

**Below are the supplements to the foregoing declaration pursuant to Local Bankruptcy Rule 1007-4, however, only the applicable subsections are answered herein.  All capitalized terms not otherwise defined below shall carry the same meaning ascribed to them in the Declaration of Ilan Tavor to which this Ex. A is attached.**

**Schedule 1007-4(i).**  The Debtor is not a small business debtor

**Schedule 1007-4(ii).**  The Debtor was filed as a single asset real estate debtor

**Schedule 1007-4(iii).**  The case was filed due to imminent foreclosure of the Property.

**Schedule 1007-4(iv).**  The case was originally filed as a Chapter 11

**Schedule 1007-4(v).**  there is no committee appointed here

**Schedule 1007-4(vi).**  See Schedule F of the Petition and the Statement of 20 Largest Unsecured Creditor, each attached with the Petition.

**Schedule 1007-4(vii).**  See Schedule D of the Petition and the Summary of Assets and Liabilities, each attached with the Petition.

**Schedule 1007-4(viii).**  See Schedules and Petition, the Debtor has filed a balance sheet with the Petition.

**Schedule 1007-4(ix).**  Not applicable.

**Schedule 1007-4(x).**  not applicable

**Schedule 1007-4(xi).**  The Debtor owns the Property.  It does not have any other ownership interests in any other property real or personal not otherwise identified in Schedule A/B of the Petition

**Schedule 1007-4(xii).**  All of the Debtor's books and records are kept at the business address for the Debtor.

**Schedule 1007-4(xiii).**  See SOFA question 7.

**Schedule 1007-4(xiv).**   **Joseph Saadia**, Sole Member; Arvee Claravall, CFO

**Schedule 1007-4(xv).**  None.

**Schedule 1007-4(xvi).**  None.

**Schedule 1007-4(xvii).**  See budget attached to the Cash Collateral Motion filed in this Case.

5

**Schedule 1007-4(xviii).**  The Property is insured with _____.

**Schedule 1007-4(xix).**  The Debtor banks at Provident Bank, see Schedule A/B

**Schedule 1007-4(xx).**  See attached Declaration of Joseph Saadia, however, the Debtor intends to file a plan of reorganization with refinance shortly, or alternative, a plan of liquidation to sell the Property in order to satisfy its debts.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
In re:

                                         Case No. 26-_____ (___)

501 JERSEY AVENUE LLC,                          Chapter 11

                    Debtor.
--------------------------------------------------------------x

### DECLARATION OF ARVEE NORDLING PURSUANT TO RULE 1007(a)(1) OF FEDERAL BANKRUPTCY RULES FOR EASTERN DISTRICT OF NEW YORK

I, Arvee Nordling, make this declaration pursuant to 28 U.S.C. § 1746:

1.      I am an authorized representative of 501 Jersey Avenue LLC, the above-captioned debtor and debtor-in-possession (the "**Debtor**").

2.      Except as otherwise indicated herein, the facts set forth in this declaration are based upon my personal knowledge, my review of relevant documents and information provided to me by the owners of Debtor or advisors and proposed counsel to Debtor, or my opinion based upon my experience, knowledge, and information concerning Debtor's operations. If called upon to testify, I would testify competently to the facts set forth in this Declaration.

3.      This Declaration is submitted pursuant to Bankruptcy Rule 1007(a)(1).

4.      I am authorized to submit this Declaration on behalf of Debtor.

5.      Joseph Saadia is the sole member of the Debtor and holds one hundred percent (100%) of all membership interests of the Debtor, and no other person or entity holds and equity in the Debtor.

*[Remainder of the page intentionally left blank]*

2

6.      I hereby declare that the foregoing statements made by me are true to the best of my knowledge, information and belief. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated:  April 8, 2026

_____
Arvee Nordling, Authorized Signatory

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF** New York - Eastern

In re 501 Jersey Avenue LLC

Case No. _____

Chapter  11 _____

(Debtor(s))

**CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)**

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate

possible disqualification or recusal, the undersigned counsel for  501 Jersey Avenue LLC

in the above captioned action, certifies that the following is a (are) corporation(s), other than the

debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the

corporation(s') equity interests, or states that there are no entities to report under FRBP 7007:

☑ None [check if applicable]

04/06/2026

Date

/s/ Brett Silverman

Statement of attorney or Litigant