Presentment Date:  June 17, 2026 at 12:00 p.m.
Objection Deadline: June 16, 2026 at 4:00 p.m.

Silverman Law PLLC
Brett S. Silverman, Esq.
4 Terry Terrace
Livingston, New Jersey 07039
brett@getconciergelaw.com
646.281.6008

*Proposed Counsel to 501 Jersey Avenue LLC*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:

                                        Case No. 26-41683 (JMM)

501 JERSEY AVENUE LLC,          Chapter 11

                   Debtor.
-------------------------------------------------------------x

### NOTICE OF PRESENTMENT OF THE DEBTOR'S APPLICATION FOR AN ORDER AUTHORIZING THE DEBTOR TO RETAIN SILVERMAN LAW PLLC AS BANKRUTPCY COUNSEL FOR THE DEBTOR

**PLEASE TAKE NOTICE**, that upon the application (the "**Application**") of 501 Jersey Avenue LLC, the above-captioned debtor and debtor in possession (the "**Debtor**"), by its proposed counsel, Silverman Law PLLC, will present an order (the "**Proposed Order**") to the Honorable Jil Mazer-Marino, Chief United States Bankruptcy Judge, at the United States Bankruptcy Court, 271-C Cadman Plaza East, Brooklyn, New York 11201, for signature on **June 17, 2026 at 12:00 p.m.**, authorizing the Debtor to retain Silverman Law PLLC as general bankruptcy counsel, *nunc pro tunc* to the Petition Date, in accordance with 11 U.S.C. §327(a) and Rule 2014 of the Federal Rules of Bankruptcy Procedure.

**PLEASE TAKE FURTHER NOTICE,** that objections, if any, to the Proposed Order must be in writing, state with particularity the reasons for the objection, conform to the requirements of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure and the Court's Local Bankruptcy Rules, and be filed with the Clerk of the Court, and be served upon (a) Silverman Law PLLC, 4 Terry Terrace, Livingston, New Jersey 07039, Attn: Brett S. Silverman,

AN/D283459v/F056403

Esq., (Brett@getconciergelaw.com), and (b) the Office of the United States Trustee, Office of the United States Trustee, Eastern District of NY, One Bowling Green, New York, NY 10004, so as to be received no later than **June 16, 2026 at 4:00 p.m.**  Unless timely objections are filed, the Proposed Order may be signed without a hearing.

    **PLEASE TAKE FURTHER NOTICE**, that if timely objections are filed and served, and if the Court so directs, a hearing will be held before the Honorable Jil Mazer-Marino, on a date to be scheduled by the Court, upon such additional notice as the Court may direct.

Dated: Livingston, New Jersey
      June 1, 2026

          **Silverman Law PLLC**
           Proposed Counsel to the Debtor


          By: *s/Brett S. Silverman*
             Brett S. Silverman

2