UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:

                        Case No. 26-41683 (JMM)

501 JERSEY AVENUE LLC,            Chapter 11

              Debtor.
-------------------------------------------------------------x

### ORDER APPROVING THE EMPLOYMENT AND RETENTION
### OF SILVERMAN LAW PLLC AS BANKRUPTCY COUNSEL TO THE DEBTOR

Upon the application (the "**Application**") of 501 Jersey Avenue LLC, the above-captioned debtor and debtor in possession in the above-captioned chapter 11 case (the "**Debtor**"), pursuant to sections 327(a), 329, and 330 of Title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2014 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and Rule 2014-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Eastern District of New York (the "**Local Rules**"), authorizing the Debtor to employ and retain Silverman Law PLLC ("**SLP**") as its bankruptcy counsel in this proceeding *nunc pro tunc* to the Petition Date; and the Court having jurisdiction to decide the Application and the relief requested therein in accordance with 28 U.S.C. §§ 157(a)-(b) and 1334(b) and the Standing Order of Reference to the Bankruptcy Court Under Title 11 of the United States District Court for the Eastern District of New York ; and consideration of the Application and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b), and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and notice of the Application having been given as provided in the Application, and such notice having been adequate and appropriate under the circumstances; and it appearing that no other or further notice of the Application need be provided; and upon the Declaration of Brett S. Silverman, Esq. in support thereof; and the Court being satisfied that SLP

does not hold or represent any interest adverse to the Debtor, its estate, or its creditors, and is a disinterested person within the meaning of Sections 327 and 101(14) of the Bankruptcy Code, and that said employment would be in the best interest of the Debtor, its respective estate and creditors, and all parties-in-interest, and that the legal and factual bases set forth in the Application establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1.      The Application is GRANTED as set forth herein.

2.      In accordance with Sections 327(a), 329, and 330 of the Bankruptcy Code, the Debtor is hereby authorized and empowered to employ and retain SLP as its bankruptcy counsel in this chapter 11 case, *nunc pro tunc* to the Petition Date.

3.      Any and all compensation to be paid to SLP for services rendered on the Debtor's behalf shall be fixed by application to this Court in accordance with Sections 330 and 331 of the Bankruptcy Code, such Federal Rules and Local Rules as may then be applicable, and any orders entered in this case governing the compensation and reimbursement of professionals for services rendered and charges and disbursements incurred. SLP shall also make a reasonable effort to comply with the U.S. Trustee Guidelines, both in connection with the Application and the interim and final fee applications to be filed by SLP in the chapter 11 case.

4.      The Debtor is authorized to take all action necessary to carry out this Order.

5.      This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and/or enforcement of this Order.