

Brett S. Silverman, Esq.                                    4 Terry Terrace
D: 646.779.7210                              Livingston, New Jersey 07039
F: 888.896.5886
Brett@getconciergelaw.com
getconciergelaw.com

June 24, 2026

**_Via ECF and email_**

Re:         **501 Jersey Avenue LLC – 26-41683 (JMM)**

As to:      **Adjournment of Hearings**

To whom it may concern,

This firm is counsel to the above-referenced debtor.  With the Court's approval, all matters scheduled in this case for hearing on June 24, 2026 at 2:00 pm have been adjourned to July 16, 2025 at 10:00 a.m.

Respectfully,

Brett S. Silverman

Cc:    Chambers of Hon. Jil Mazer-Marino (via email)
       ECF Parties via ECF